UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRTIZ LEMOINE,

    Plaintiff,

vs.

MILLENNIUM CORPORATE,

    Defendant(s).

CASE NO.: 2:21-cv-145-SPC-MRM

JUDGE: Sheri Polster Chappell
Magistrate Judge: Mac R. McCoy

### SUMMONS IN A CIVIL ACTION
### PERSONAL SERVICE ON A CORPORATION

TO:    **SUZANNE BOY, ESQ.**
**C/O MILLENNIUM CORPORATE**
**4415 Metro Parkway**
**Suite 110**
**Fort Myers, Florida 33916**

A lawsuit has been filed against you.

Within 21 days after this summons is served on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Plaintiff's Attorney:**
Victor M. Arias, Esquire
3013 Del Prado Boulevard-Suite 6
Cape Coral, Florida 33904
Telephone: (239) 945-2121
Facsimile: (239) 945-7177

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

DATED:   February 23, 2021

CLERK OF COURT

*Michele L. Stress*

Signature of Clerk or Deputy Clerk